**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Deborah S. Hunt<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed:  November 13, 2013

Mr. Joseph M. West
Law Office
2750 Carpenter Road
Suite 4
Ann Arbor, MI 48108

Mr. Benjamin Whitfield Jr.
Benjamin Whitfield, Jr. & Associates
547 E. Jefferson Avenue
Suite 102
Detroit, MI 48226

                    Re:  Case No. 13-2529, *Benita Cheatom v. Quicken Loans, Incorporated, et al*
                         Originating Case No. : 4:13-cv-12440

Dear Counsel,

   This appeal has been docketed as case number **13-2529** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 27, 2013**.

                    Appellant:    Appearance of Counsel
                                  Civil Appeal Statement of Parties & Issues
                                  Transcript Order
                                  Disclosure of Corporate Affiliations
                                  Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 13-2529**

BENITA M CHEATOM

       Plaintiff - Appellant

v.

QUICKEN LOANS, INCORPORATED; ROCK FINANCIAL; KENNETH WEINBAUM

       Defendants - Appellees